IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



JOHN WAYNE JABOUR                                                                       PLAINTIFF

VS.                                                              CIVIL ACTION NO. 5:04CV159BrSu

LIFE INSURANCE COMPANY
OF NORTH AMERICA, ET AL.                                                              DEFENDANTS

### JUDGMENT OF DISMISSAL WITH PREJUDICE

The Court, being advised that this matter has been compromised and settled to the satisfaction of the parties, finds that the action should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action should be, and hereby is, dismissed with prejudice in its entirety with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 12th day of December, 2005.

                                                                    _____
                                                                    U. S. DISTRICT COURT JUDGE

Agreed and Approved:

_____
Joel L. DiLorenzo (MSB #100281)
Black Diamond Building
2229 First Avenue North
Birmingham, Alabama 30203
**ATTORNEYS FOR PLAINTIFF**


_____
Kelly D. Simpkins (MSB #9028)
Trey C. Dellinger (MSB #10348)
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi 39205
**ATTORNEYS FOR DEFENDANT
COMBINED INSURANCE COMPANY**

145447.1